# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Mohamed A.,

Case No. 26-CV-0136-KMM-EMB

        Petitioner,

v.

**ORDER**

Pamela Jo Bondi, in her official
capacity as Attorney General of the
United States; Kristi Noem, in her
official capacity as Secretary of the U.S.
Department of Homeland Security;
Todd Lyons, in his official capacity as
Acting Director of Immigration and
Customs Enforcement; and David
Easterwood, in his official capacity as
Acting Director, St. Paul Field Office,
Immigration and Customs
Enforcement,

        Respondents.

---

IT IS HEREBY ORDERED THAT:

1.    Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Mohamed A. by no later than January 13, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.    Respondents' answer should include:

1

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Belsai D.S. v. Bondi*, No. 25-CV-3682-KMM-EMB, 2025 WL 2802947 (D. Minn. Oct. 1, 2025).

3.    If Petitioner intends to file a reply to respondents' answer, he must do by no later than January 15, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 12, 2026        */s/ Elsa M. Bullard*
                                        Elsa M. Bullard
                                        United States Magistrate Judge